# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WAVE LINX LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**ARKADIN, INC.,**<br><br>    Defendant. | Civil Action No. 1:19-cv-00418-LPS |

## UNOPPOSED FURTHER MOTION TO STAY
## ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Wave Linx LLC, by and through undersigned counsel and subject to the approval of the Court, hereby files this Unopposed Motion to Stay All Deadline and Notice of Settlement, and in support thereof, respectfully shows the Court as follows:

All matters in controversy between Plaintiff and Defendant Arkadin, Inc. have been settled in principle. The parties are in the process of finalizing the terms of a written settlement agreement and have limited the contested terms to a few remaining topics, which the Parties anticipate they will resolve. Accordingly, Plaintiff respectfully requests that the Court grant an additional stay of the proceedings between the parties, including all deadlines, until August 22, 2019. Defendant is unopposed to the relief requested herein.

Good cause exists for granting this Unopposed Motion, as set forth above. The motion is not filed for purposes of delay but so that justice may be served.

Dated: July 9, 2019

OF COUNSEL:

Howard L. Wernow
SAND, SEBOLT & WERNOW CO., LPA
Aegis Tower - Suite 1100
4940 Munson Street, N. W.
Canton, Ohio 44718
Phone: 330-244-1174
Fax: 330-244-1173
howard.wernow@sswip.com

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
Phone: (302) 449-9010
Fax: (302) 353-4251
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on July 9, 2019, counsel for Plaintiff conferred with counsel for Defendant about the issues presented here. Counsel for Defendant indicated that it was not opposed to the relief sought herein.

*/s/ Timothy Devlin*
Timothy Devlin

SO ORDERED this _____ day of _____, 2019.

_____
Chief, United States District Court Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 9, 2019, a true and correct copy of the above and foregoing document was served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served via electronic mail.

>                               */s/ Timothy Devlin*
>                               Timothy Devlin