### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WAVE LINX LLC,** <br><br>　　　　　Plaintiff, <br><br>　v. <br><br> **ARKADIN, INC.,** <br><br>　　　　　Defendant. | Civil Action No. 1:19-cv-00418-LPS |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Now comes Plaintiff Wave Linx LLC, by and through its counsel, and pursuant to Fed. R. Civ. P. 41 (a)(1), hereby voluntarily dismisses all of the claims asserted against Defendant Arkadin, Inc. in the within action WITH PREJUDICE. Arkadin, Inc. has not served an answer or a motion for summary judgment.

Dated: August 13, 2019

| | |
|---|---|
| OF COUNSEL: <br><br> Howard L. Wernow <br> SAND, SEBOLT & WERNOW CO., LPA <br> Aegis Tower - Suite 1100 <br> 4940 Munson Street, N. W. <br> Canton, Ohio 44718 <br> Phone: 330-244-1174 <br> Fax: 330-244-1173 <br> howard.wernow@sswip.com | DEVLIN LAW FIRM LLC <br><br> */s/ Timothy Devlin* <br> Timothy Devlin (No. 4241) <br> 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> Phone: (302) 449-9010 <br> Fax: (302) 353-4251 <br> tdevlin@devlinlawfirm.com <br><br> *Attorneys for Plaintiff* |